No. 96–5639. PHILLIPS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5641. ROSE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–5647. MERRITT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5649. GREENWOOD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5650. GETER *v.* FRANKLIN NATIONAL BANK OF WASHINGTON, D. C. C. A. D. C. Cir. Certiorari denied.

No. 96–5651. DENHA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5652. HOLT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5656. MILLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5657. JONES *v.* IGNACIO, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–5664. OLIVO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–5665. ALMERO *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 96–5667. GARZA CANTU ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–5668. OSAYANDE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5670. GUZMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5671. FINNO ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.